| | |
|---|---|
| DATE: | 6/26/2018 |
| LOCATION: | Tyler |
| JUDGE: | JOHN D. LOVE |
| DEP.CLERK: | S. Baum |
| RPTR/ECRO: | S. Baum |
| USPO: | N. Manley |
| INTERPRETER: | |
| START TIME: | 10:46 |
| END TIME: | 11:01 |

CASE NUMBER 6:18-CR-00044-JRG

UNITED STATES OF AMERICA
V.
JOSEPH VALDIE KIMBLE

J. Billingham    Ken Hawk

[✓] Indictment Unsealed   [ ] Interpreter

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| [✓] | Initial Appearance called | [✓] | Initial Appearance held |
| [ ] | Dft Appears with counsel | [ ] | Dft Appears without counsel |
| [✓] | Date of Arrest: 6/26/2018 | [ ] | Dft's first appearance with counsel |
| [✓] | Dft advised of charges | [✓] | Dft advised of right to counsel |
| [✓] | Dft advised of maximum penalties | [✓] | Dft advised of right to remain silent |
| [✓] | Dft request appointed counsel, is sworn & examined re: financial status | [✓] | Court finds Dft eligible and appoints: Ken Hawk |
| [ ] | Gvt Oral Motion for Detention | [ ] | Gvt Oral Motion for Continuance of Detention Hearing |
| [✓] | Order of Conditions of Release | [✓] | Bond set - $10,000 |
| [ ] | Waiver of Detention | | |
| [ ] | Order of Temporary Detention | [ ] | Detention Hearing set for: |
| [ ] | Order of Detention | [ ] | Arraignment Hearing set for: |
| [ ] | Dft remanded to the custody of the US Marshal | | |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| [ ] | Arraignment waived in open court | [✓] | Arraignment held on indictment: All counts |
| [✓] | Dft placed under oath | [ ] | Dft physically/mentally ready |
| [✓] | Dft received copy of charges | [✓] | Dft discussed charges with counsel |
| [ ] | Charges read | [✓] | Dft waived reading of charges |
| [ ] | No pressure to plead | | |
| [✓] | Dft enters a not guilty plea to all counts | | |
| [✓] | Discovery orders entered | [✓] | Jury selection trial set 8/13 @ 9:00 |
| [ ] | Dft remanded to the custody of the US Marshal | [✓] | Dft continued on bond |